# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

RECEIVED
MAY 25 2022
Clerk, U.S. District Court
Fairbanks, AK

| | |
|---|---|
| William CAROl ClARKh <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> MicHAEl ~~Duttatty~~ DuNLEAVY <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William C ClARKh |
| Street Address | 8715 ThAl STReeT |
| City and County | JuNkAu |
| State and Zip Code | AlASkA |
| Telephone Number | 907-419-707 |
| E-mail Address | 123456 INDACA@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: MICHAEL DUNLEAVY
  Job or Title (if known): GOVERNOR
  Street Address: 550 West 7th Avenue Suite 1700
  City and County: ANCHORAGE ALASKA
  State and Zip Code: ALASKA 99501
  Telephone Number: 907-269-7450
  E-mail Address (if known):

Defendant No. 2
  Name: BETH WELDON
  Job or Title (if known): MAYOR
  Street Address: 155 S. SEWARD
  City and County: JUNEAU
  State and Zip Code: ALASKA 99801
  Telephone Number: 907-586-5240
  E-mail Address (if known):

Defendant No. 3
  Name: JUNEAU POLICE DEPARTMENT
  Job or Title (if known):
  Street Address: 6255 ALAWAY AVENUE
  City and County: JUNEAU
  State and Zip Code: ALASKA 99801
  Telephone Number: 907-586-0600
  E-mail Address (if known):

Defendant No. 4
  Name: EMILY WRIGHT
  Job or Title (if known): MAGISTRATE
  Street Address: 123 4th STREET
  City and County: JUNEAU
  State and Zip Code: ALASKA 99801
  Telephone Number: 907-463-4700
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st AMENDMENT THROUGH THE 12TH AMENDMENT
18 USC 19.61
REFER TO OTHER CIVIL DOCKET FILINGS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* WILLIAM C CLARKE, is a citizen of the State of *(name)* ALASKA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* MICHAEL DUNLEAVY, is a citizen of the State of *(name)* ALASKA. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ORGANIZED CRIME!

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ALL DEFENDANTS CO CONSPIRED TO MAKE SURE THERE ORGANIZED CRIME Ring would STAY IN BUSINESS, EVEN OBSTRUCTING A COURT HEARING FOR WITNESS TESTIMONY OF USING APPS, WEBSITES AND SOFTWARE to get A Legit AMOUNT RESTRAINING ORDER FOR MY SAFETY! Forced in PORN AND TRAFFICKED IN FILM WITH Emily WRIGHT!

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MILLIONS IN DAMAGES!
REFER to All filings (CIVIL DOCKETS) CLARKE VERSUS

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-18-22

Signature of Plaintiff: *William C White* (signature)

Printed Name of Plaintiff: WILLIAM C CLARKR

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Judicial Council of the _____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

   I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

   Signature: _Willie C Clarke_   Date: 5-18-22

PLEASE REFER TO All Civil Dockets (CLARKE VERSUS)
REFUSAL TO HAVE A COURT HEARING to PROVIDE PROOF
And REFUSAL SO BETH WELDON CAN RUN AN ILLEGAL
CHILD PORN RING WITH MAGISTRATE EMILY WRIGHT,
ONE OF MANY CO CONSPIRATORS, NOT EVEN
Allowed TO SUBPOENA LAW ENFORCEMENT into Court
OF THREE DESIGNED APPS AND WEBSITES FOR ORGANIZED
CRIME!

Willie C Clarke 5-18-22

AO 310 (Rev. 03/16)

Judicial Council of the _____ Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: WILLIAM C CLARKE
   Contact Address: 8715 THAI STREET JUNEAU ALASKA 99801

   Daytime telephone: (907) 419-7077

2. Name(s) of Judge(s): EMILY WRIGHT
   Court: SUPERIOR COURT (MAGISTRATE) ALASKA

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   ☒ Yes   ☐ No

   If "yes," give the following information about each lawsuit:
   Court: US DISTRICT COURT AND SUPERIOR COURT
   Case Number: REFER to CIVIL DOCKETS (CLARKE VERSUS
   Docket number of any appeal to the _____ Circuit: _____
   Are (were) you a party or lawyer in the lawsuit?
   ☒ Party   ☐ Lawyer   ☐ Neither
   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number: NOT YET, STILL LOOKING, LARGE ORGANIZED CRIME RING!



william clarke <123456indaca@gmail.com>

# EMILY WRIGHT REFUSAL OF EVIDENTRY HEARING TO SUBPOENA PARTICIPANTS!

2 messages

**william clarke** <123456indaca@gmail.com>    Wed, May 18, 2022 at 12:41 PM
To: william clarke <123456indaca@gmail.com>

AFTER ILLEGAL WIRETAPPING AND ADVISING THE COURT OF CONFLICT WITH JUDGE PALEENBERG USING APPLE APPS AND WEBSITES AND READING A CONFLICT IN DEFINITIONS ON THE INTERNET, PROVIDING A COPY! DUE TO THE FACT ALL JUDGES WERE PAID IN ORGANIZED CRIME AND LAUDERED THE MONEY WITH THE JUNEAU POLICE DEPARTMENT AND ALSO THE REFUSAL OF AN EVIDENTIARY HEARING AND THIS IS THE SIXTH OCCASION OF SAFETY TO MY PERSON BY MAGISTRATE EMILY WRIGHT AND THE JUNEAU POLICE DEPARTMENT IN ORGANIZED ILLEGAL HACKING EVEN INTO A PACEMAKER! 5/18/22 AT 12:40 EVEN FORCED IN ILLEGAL SEX FILM WITH MAGISTRATE EMILY WRIGHT AND TRAFFICKED ILLEGALLY! WILLIAM C CLARKE 907-419-7077

**william clarke** <123456indaca@gmail.com>    Wed, May 18, 2022 at 12:41 PM
To: wccindaca@gmail.com

[Quoted text hidden]

PLEASE BE ADVISED SINCE SEPTEMBER OF 2021 EMILY WRIGHT HERSELF HAS ILLEGALLY ACCESSED MY MEDICAL EQUIPMENT TO INFLICT BODILY INJURY AND COCONSPIRED COVER UP!

William Clarke 5-18-22

...

FINDLAW (HTTPS://LP.FINDLAW.COM/)   /   CODES (HTTPS://CODES.FINDLAW.COM/)   /
ALASKA (HTTPS://CODES.FINDLAW.COM/AK/)   /
TITLE 11. CRIMINAL LAW (HTTPS://CODES.FINDLAW.COM/AK/TITLE-11-CRIMINAL-LAW/)   /   § 11.41.270

# Alaska Statutes Title 11. Criminal Law § 11.41.270. Stalking in the second degree

Current as of April 21, 2021 | Updated by FindLaw Staff (https://www.findlaw.com/company/our-team.html)

## Search Alaska Statutes

**Search by Keyword or Citation**

Enter Keyword or Citation                                           **SEARCH**

### Latest Blog Posts

- How to Proactively Encourage Attorney Well-Being (Before It's a Problem) (https://www.findlaw.com/legalblo of-law/how-to-proactively-encourage-attorney-well-being-before-its-a-problem/)
- Explaining Alito's Leaked Draft Opinion Overturning Roe v. Wade (https://www.findlaw.com/legalblo court/explaining-alitos-leaked-draft-opinion-overturning-roe-v-wade/)
- Where to Get Free Online CLE Credits (https://www.findlaw.com/legalblo to-get-free-online-cle-credits/)
- Tesla's Elon Musk Accuses SEC of Harassment, Broken Promises, and Chilling Free Speech (https://www.findlaw.com/legalblo of-law/teslas-elon-musk-accuses-sec-of-harassment-broken-promises-and-chilling-free-speech/)
View More » (https://www.findlaw.com/legalblo

« Prev (https://codes.findlaw.com/ak/title-11-criminal-law/ak-st-sect-11-41-260.html)

Next » (https://codes.findlaw.com/ak/title-11-criminal-law/ak-st-sect-11-41-280.html)

(a) A person commits the crime of stalking in the second degree if the person knowingly engages in a course of conduct that recklessly places another person in fear of death or physical injury, or in fear of the death or physical injury of a family member.

(b) In this section,

(1) "course of conduct" means repeated acts of nonconsensual contact involving the victim or a family member;

(2) "device" includes software;

(3) "family member" means a

(A) spouse, child, grandchild, parent, grandparent, sibling, uncle, aunt, nephew, or niece, of the victim, whether related by blood, marriage, or adoption;

(B) person who lives, or has previously lived, in a spousal relationship with the victim;

(C) person who lives in the same household as the victim;  or

(D) person who is a former spouse of the victim or is or has been in a dating, courtship, or engagement relationship with the victim;

(4) "nonconsensual contact" means any contact with another person that is initiated or continued without that person's consent, that is beyond the scope of the consent provided by that person, or that is in disregard of that person's expressed desire that the contact be avoided or discontinued; "nonconsensual contact" includes

   (A) following or appearing within the sight of that person;

   (B) approaching or confronting that person in a public place or on private property;

   (C) appearing at the workplace or residence of that person;

   (D) entering onto or remaining on property owned, leased, or occupied by that person;

   (E) contacting that person by telephone;

   (F) sending mail or electronic communications to that person;

   (G) placing an object on, or delivering an object to, property owned, leased, or occupied by that person;

   (H) following or monitoring that person with a global positioning device or similar technological means;

   (I) using, installing, or attempting to use or install a device for observing, recording, or photographing events occurring in the residence, vehicle, or workplace used by that person, or on the personal telephone or computer used by that person;

  (5) "victim" means a person who is the target of a course of conduct.

 (c) Stalking in the second degree is a class A misdemeanor.

« Prev (https://codes.findlaw.com/ak/title-11-criminal-law/ak-st-sect-11-41-260.html)

Next » (https://codes.findlaw.com/ak/title-11-criminal-law/ak-st-sect-11-41-280.html)

Read this complete Alaska Statutes Title 11. Criminal Law § 11.41.270. Stalking in the second degree on Westlaw (https://1.next.westlaw.com/Document/I9FBB4C60385111EAB16F8DF72CC5EE18/View/FullText.html?originationContext=documenttoc&transitionType=CategoryPageItem&contextData=(sc.Default))

FindLaw Codes are provided courtesy of Thomson Reuters Westlaw, the industry-leading online legal research system (https://legalsolutions.thomsonreuters.com/law-products/westlaw-legal-research/). For more detailed codes research information, including annotations and citations, please visit Westlaw (https://www.westlaw.com/).

FindLaw Codes may not reflect the most recent version of the law in your jurisdiction. Please verify the status of the code you are researching with the state legislature or via Westlaw before relying on it for your legal needs.

### Research

Cases & Codes (https://caselaw.findlaw.com/)
Opinion Summaries (https://caselaw.findlaw.com/summary.html)
Sample Business Contracts (https://corporate.findlaw.com/contracts/)
Research An Attorney or Law Firm (https://lawyers.findlaw.com/)
Forms (https://forms.lp.findlaw.com/)
Reference (https://reference.findlaw.com/)
Legal Commentary (https://supreme.findlaw.com/legal-commentary.html)

### Practice

Law Technology (https://technology.findlaw.com/)
Law Practice Management (https://practice.findlaw.com/)
Law Firm Marketing Services (https://www.lawyermarketing.com)
Corporate Counsel (https://corporate.findlaw.com/)
JusticeMail (http://www.justice.com)
Jobs & Careers (https://careers.findlaw.com/)

### About Us

Company History (https://www.findlaw.com/company/company-history/findlaw-corporate-information-press-company-background.html)
Who We Are (https://www.findlaw.com/company/company-history/findlaw-com-about-us.html)
Privacy (https://www.thomsonreuters.com/en/privacy-statement.html)
Terms (https://www.findlaw.com/company/findlaw-terms-of-service.html)
Disclaimer (https://www.findlaw.com/company/disclaimer.html)
Advertising (https://www.findlaw.com/company/media-kit.html)
Jobs (https://www.findlaw.com/company/employment/employment.html)
Cookies (//info.evidon.com/pub_info/15540?v=1&nt=0&nw=false)
Do Not Sell My Info (https://privacyportal-cdn.onetrust.com/dsarwebform/dbf5ae8a-0a6a-4f4b-b527-7f94d0de6bbc/5dc91c0f-f1b7-4b6e-9d42-76043adaf72d.html)

### Social

Facebook (https://www.facebook.com/FindLawConsumers)
YouTube (https://www.youtube.com/watch?v=WQiNbzazOhw)
Twitter (https://twitter.com/findlawconsumer)
Pinterest (https://pinterest.com/findlawconsumer/)
Newsletters (https://newsletters.findlaw.com/)

### Law Firm Marketing

Attorney Websites (https://www.lawyermarketing.com/services/mobile-friendly-websites/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_sour
Online Advertising (https://www.lawyermarketing.com/services/integrated-marketing-solutions/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_sour

### Marketing Resources

On-Demand Webcasts (https://www.lawyermarketing.com/webcasts/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_sour
White Papers (https://www.lawyermarketing.com/white-papers/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_sour




Copyright © 2022, Thomson Reuters. All rights reserved.

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____

WILLIAM CAROL CLARKE
PETITIONER (protected person)
Birthdate: _____
☐ Petitioner is a child. Who is signing for the child?
   Name: _____ DOB: _____
   Relationship to child: _____

v.

BETH WELDON
RESPONDENT (restrained person)
Birthdate (estimate age if unknown): _____
☐ Respondent is or appears to be a minor

CASE NO. _____
*[The court will fill in this line]*

**PETITION FOR STALKING PROTECTIVE ORDER**
(for non-DV cases only**)

I swear or affirm under penalty of perjury that all the information I provide in this petition is true to the best of my knowledge and belief.

1. I request the following protective order(s).

**If there is any chance you will need protection for more than 20 days, you should request both an ex parte (20-day) order and long-term (one-year) order by checking both boxes.**

☒ an ex parte protective order (20-day order).
*[This order can take effect immediately based on only the petition and Petitioner's testimony, before Respondent knows about the ex parte petition. If the ex parte order is granted, the police will serve it on Respondent. If the ex parte order is denied but the court still sets a hearing on your request for a long-term order, the police will serve Respondent a copy of this petition and notice of the long-term hearing date.]*

I certify that I
☒ have **not** tried to notify Respondent that I am filing this petition.
☐ notified or tried to notify Respondent as follows:
_____
_____

☒ a long-term protective order (one-year order).
*[This order can only be issued after notice to Respondent and a court hearing. This order will last for one year, unless the court ends it sooner. The police will notify Respondent of the hearing.]*

2. Respondent is a: *[check all that apply]*
   ☐ (former) friend        ☐ neighbor, landlord, or tenant (not living together)
   ☐ classmate              ☐ partner or ex-partner of one my family members
   ☐ client or former client ☐ ex-partner of my current significant other
   ☐ co-worker or employer  ☐ current significant other of my ex-partner
   ☒ other (describe): MAYOR OF JUNEAU ALASKA
   ☐ I do not know and have never been acquainted with Respondent

**\*\*If you are related to Respondent by blood, adoption, or marriage, or have ever (1) been in a dating or romantic relationship with Respondent, (2) lived with Respondent, or (3) had a child with Respondent, file a domestic violence petition (DV-100) instead of this form. Stalking is included as one of the qualifying crimes of domestic violence.\*\***

**This is Not a Court Order**

Page 1 of 4
CIV-752 (11/21)(cs)
PETITION FOR STALKING PROTECTIVE ORDER
AS 18.65.850-.870
Civil Rule 65.1
Case 4:22-cv-00013-RRB   Document 1   Filed 05/25/22   Page 12 of 17

WILLIAM C CLARKE v. BETH WELDON Case No. _____

3. Respondent has stalked me as described below:
   *[Be as specific as you can about what Respondent did, including when and where it happened. The judge must have details in order to make a decision on your petition. You may find it helpful to read the definitions in the text box below before you begin writing. You **must** fill out at least the starred (\*) sections to qualify for a stalking protective order. Attach additional pages if necessary—write only on one side of the page.]*

   a.* ☐ I specifically told Respondent not to have contact with me as described below:
   *[Include date/time and how you communicated this to Respondent]*
   _____

   ☒ I did not specifically say anything to Respondent, but Respondent should have known that I wanted no contact because:
   _____

   b.* First nonconsensual contact:
   FOR YEARS USING DEVICES + SOFTWARE WITH APPLE INC!

   c.* Second nonconsensual contact:
   CONTINOUS (Sold to All HAR CO'CONPIRATORS FOR SERVATUDE!

   d. Additional nonconsensual contacts:
   24 HRS A DAY, 7 DAYS A WEEK,
   SECTION 11.41.270 (A)(2)(4)(F)(6)(H)(I)

   e.* The contacts described above made me afraid of physical injury or death, or the physical injury or death of my family member(s), because:
   Attempted Murder EVEN BY PACEMAKER
   REFER to All Civil Docket US District Court

   ---

   *[This is a plain language summary of the stalking statutes. For the complete text, see AS 11.41.260-270.]*
   "Stalking" means that the respondent made "nonconsensual contact" with you two or more times, **and** that these contacts made you reasonably afraid of death or physical injury, or the death or physical injury of a family member.

   "Contact" includes many things (not all of them are listed here). Examples are: calling you, messaging you on social media, following you, going onto your property, leaving objects for you, tracking you with GPS, hacking your phone

   "Nonconsensual" contact means:
   - Contact that you did not specifically agree to, or is not reasonable under generally accepted social norms
   - Contact that you agreed to at first, but it continued after you told the respondent you no longer wanted it
   - Contact that goes beyond what you agreed to

   **Note:** If there is back-and-forth conversation or argument between you and the respondent, it is usually **not** considered nonconsensual contact, even if the conversation is negative

**This is Not a Court Order**

Page 2 of 4
CIV-752 (10/21)(cs)
PETITION FOR STALKING PROTECTIVE ORDER
Case 4:22-cv-00013-RRB   Document 1   Filed 05/25/22   Page 13 of 17
AS 18.65.850-.870
Civil Rule 65.1

WILLIAM C CLARKE v. BETH WELDON    Case No. _____

6. Open court cases, in this or another state, involving me or Respondent (that I know of):

| Type of Case | Court Location | Petitioner or Respondent |
|---|---|---|
| FEDERAL SHOCKING All | | |
| Dockht CASR #S | | |
| NORH MORE TO COMR | | |

Respondent has these other court cases that I want the court to know about:

| Type of Case | | Court Location |
|---|---|---|
| FEDERAL | | |

**\*\*Both Petitioner and Respondent must tell the court of any court cases involving either of you that arise while a petition for protective order is pending. AS 18.65.865(d).\*\***

7. Respondent information (if known):
   Respondent's full legal name and any nicknames or other names used:
   BETH WELDON
   Respondent's mailing address: 155 S. SEWARD ST JUNEAU AK 99801
   Respondent's home phone: _____ Work phone: 907-586-5278
   Respondent's email address: _____

8. Petitioner information:
   *[The court needs your mailing address to send you court papers, including notices of hearing. If you believe it is not safe for Respondent to know where you live, write a safe "message" address where you can be sure you will receive court papers.* **If you do not have an address, email, and telephone number that can safely be revealed to Respondent, ask the court clerk how you can provide this information so that it will be kept confidential and not revealed to Respondent.** *Civil Rule 65.1.]*
   My (safe) mailing address: 9715 TRAI ST. JUNEAU AK 99801
   My (safe) message phone: 907-419-7077
   My (safe) email address: 123456INDACA@GMAIL.COM
   My full legal name: William CAROl CLARKR
   Any nicknames or other names: Willie

*[A notary public, court clerk, or other authorized person must fill out the section below after watching you sign. If you do not have access to any of these people, attach "Self-Certification" (form TF-835).]*

5-17-22                                 *William C Clarke*
Date                                    Petitioner's Signature
                                        WILLIAM C CLARKR
                                        Print Name

Subscribed and sworn to or affirmed before me at _____, Alaska on _____.

_____
Court clerk, notary public, or other authorized person
My commission expires: _____

**This is Not a Court Order**

William C Clarke v. Beth Weldon   Case No. _____

4. A protective order is necessary to keep me safe from future stalking because:
   LOSS of LIFE, LIBERTY, PURSUIT OF A CIVILIZED LIFE
   _____
   _____
   _____
   _____
   _____
   _____

5. I request an order from the court directing: *[check all that apply]*
   ☒ a. Respondent not to follow, approach, confront, watch, or stalk me in any other way, or threaten to do so.
   ☒ b. Respondent not to contact me by telephone, text message, e-mail, social media messaging, U.S. mail, or otherwise communicate directly or indirectly by any means with me or the following members of my household:
   SECTION 11:41.270 (A)(2)(4)(A)(6)(H)(I)
   _____

   ☐ c. Respondent to stay away from my residence.
   Is this also Respondent's current residence? ☒ yes ☐ no
   Does Respondent know where you live? ☒ yes ☐ no ☐ I don't know
   Do you want your residence to remain confidential from Respondent? ☐ yes ☐ no
   *[**Important**: only list your address on the line below if you want it written on the protective order as a place for Respondent to stay away from. Your address will **not** be confidential if it is listed on the court order.]*
   My residence address: HOMELESS (8115 TRAIL STREET, JUNEAU
   Respondent's residence is:
   ☒ unknown to me
   ☐ in the same building as my residence
   ☐ approximately _____ ☐ feet ☐ miles from my residence
   Describe or give address: _____

   ☐ d. Respondent to stay away from the following places I go:

   | Place | Street Address | Distance to Stay Away |
   |---|---|---|
   | ☐ My school | _____ | ____ ☐ ft. ☐ mi. |
   | ☐ Respondent also goes to school here. | | |
   | ☐ My child(ren)'s school | _____ | ____ ☐ ft. ☐ mi. |
   | ☐ Respondent also has a child or children at this school. | | |
   | ☐ My job | _____ | ____ ☐ ft. ☐ mi. |
   | ☐ Respondent also works here. | | |
   | ☐ | _____ | ____ ☐ ft. ☐ mi. |
   | ☐ | _____ | ____ ☐ ft. ☐ mi. |
   | ☐ | _____ | ____ ☐ ft. ☐ mi. |

   Exceptions: _____

   ☐ e. Other protections requested: EMERGENCY RESTRAINING ORDER AGAINST APPLE INC.

**This is Not a Court Order**

Page 3 of 4
CIV-752 (11/21)(cs)
PETITION FOR STALKING PROTECTIVE ORDER
Case 4:22-cv-00013-RRB   Document 1   Filed 05/25/22   Page 15 of 17
AS 18.65.850-.870
Civil Rule 65.1

**CONFIDENTIAL LAW ENFORCEMENT INFORMATION SHEET**

**Notice to Petitioner:** You must supply the respondent's name and birth date, if known. Give as much information as possible. This information will NOT be given to the respondent.

**Notice to Law Enforcement:** This information is confidential and supplied to assist you in serving the protective order. After serving (or failing to serve) the order, notify petitioner and complete the return of service section on the DV-125.

## A. PETITIONER INFORMATION

Full name: WILLIAM C CLARKE  Date of birth: 04-18-1970  ☐ Petitioner is a child.
Petitioner's residence address: 8715 TRAIL St. JUNEAU AK 99801
Is this the address respondent is to stay away from?  ☒ Yes  ☐ No
Do you want to be notified when respondent is served?  ☒ Yes  ☐ No
Contact phone(s): cell 907-419-7077  other _____  Email: WCC.INDACA@GMAIL.COM
Is it safe for the court to leave messages on this cell? ☒ Yes ☐ No   On the other phone? ☐ Yes ☐ No
Is it safe for the court to send paperwork about this case to the email address above? ☒ Yes ☐ No
List any specific times in the next 3 days when you are NOT available for the judge to call you for a hearing:
8:00 A.M. to 11:00 A.M.  2:00 P.M Till THR NRXt DAY

## B. RESPONDENT INFORMATION

Full name: BRTH WHLDON  Nicknames: _____  ☐ Respondent is a child.
Residence Address: UNKNOWN / WORK PLACE IS LISTED
Is this the address respondent is to stay away from? ☐ Yes ☒ No  Last four digits of SSN _____
Other Addresses: 155 S SEWARD ST, JUNEAU AK 99801
Contact phone(s): cell _____  other 907-586-5278  Email: _____
Where is respondent now (what street address)?
UNKNOWN

Friends / relatives / phone numbers / hangouts:
_____

Hazards at respondent's home (dogs, traps, guns):
_____

Other information about respondent:

| Sex | Race | *Date of Birth* | HT | WT |
|---|---|---|---|---|
| Female | COC | | | |
| Hair | Eyes | State ID / Driver's Lic. # | | ST |
| GRAY | Blue | | | |

Other Identifiers (facial hair, scars, tattoos, etc.)
MAYOR OF JUNEAU

Describe respondent's house: ☐ log  ☐ frame  ☐ apartment  ☐ single family  ☐ duplex
☐ 1 story  ☐ 2 story  ☐ 3+ story  ☐ main color _____  ☐ trim color _____
Garage:  ☐ separate  ☐ attached  ☐ none   4x4 needed to access address? ☐ Y ☐ N

Respondent's employer: CBJ
Employer address: 155 S. SEWARD ST JUNEAU AK 99801
Work phone: 907-586-5278
Work hours: _____
Respondent's position: MAYOR
Supervisor: _____

Respondent's vehicle information
Make _____  Model _____
Plate No. _____  State _____
Year _____
☐ van  ☐ pickup  ☐ canopy  ☐ camper
☐ toolbox  ☐ car  ☐ 2 door  ☐ 4 door
☐ SUV  ☐ other _____
Other vehicles respondent is known to drive:

## C. OFFICER SAFETY INFORMATION

Previous contact with police by respondent? ☐ No ☒ Yes  Explain: SHR CONTROLED POLICR CORRUPTION, TRAFFICKING CHILDREN IN SERVA TUDR
Any threats by respondent toward petitioner, family, police? Describe: CONTINOUS CO CONSPIRED ASK THR Judgr TO CONTACT APD CYBER About APPLR INC
Weapons accessible to respondent (pistol, rifle, knife, other): All, GUNS AND OF COURSE A KNIFE
Expected mental state or history of respondent (include alcohol or drug use): NOT OF ORDINARY PRUDENCR OF CIVILIZRD PROPLR LIKR All CO CONSPIRATORS!
Is a divorce or other legal action pending that involves the respondent (child custody, eviction, bankruptcy, repossession of property)? _____

**Draw a map on a separate sheet of blank paper if it will help law enforcement.**

DV-127 (8/21)(cs) Case 4:22-cv-00013-RRB  Document 1  Filed 05/25/22  Page 16 of 17  Civil Rule 65.1
CONFIDENTIAL LAW ENFORCEMENT INFORMATION SHEET (DOMESTIC VIOLENCE OR STALKING)

Jillian C Clarke
8715 Trail Street
Juneau AK 99801





U.S. POSTAGE PAID
FCM LETTER
JUNEAU, AK
99801
MAY 18, 22
AMOUNT
$1.08
R2303S101517-9

1000    99701

US District Court / Civil
101 12th Ave #332
Fairbanks, Alaska
99701